UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE NORTH FACE APPAREL CORP., | ) |
| Plaintiff, | ) |
| v. | ) No. 4:09CV2029RWS |
| WILLIAMS PHARMACY, INC., et al., | ) |
| Defendants. | ) |

**ORDER**

**IT IS HEREBY ORDERED** that Defendants' motion to continue [#31] is **GRANTED**.

**IT IS FURTHER ORDERED** that the status conference currently set for Wednesday, January 13, 2010 at 10:00 a.m. is reset to **Monday, January 11, 2010** at **11:00 a.m.**

Dated this 6th Day of January, 2010.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE