UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE NORTH FACE APPAREL CORP., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:09CV2029RWS |
| WILLIAMS PHARMACY, INC., et al., | ) ) ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the status conference set for Wednesday, January 27, 2010 will be held in <u>Courtroom 10-South and on the record</u>.

Dated this 12th Day of January, 2010.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE