UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE NORTH FACE APPAREL CORP., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:09-cv-02029-RWS ) |
| WILLIAMS PHARMACY, INC. JAMES A. WINKELMANN, JR., and THE SOUTH BUTT LLC, | ) ) ) ) ) |
| Defendants. | ) |

**JOINT PROPOSED SCHEDULING PLAN FOR THE HEARING
ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Fed.R.Civ.P. 26(f) and this Court's Orders Setting Rule 16 Conference, attorneys for all parties conferred as to scheduling and discovery plans for the hearing on Plaintiff's Motion for Preliminary Injunction and agreed to as follows:

1.  **Discovery Plan for Preliminary Injunction Hearing:**

    (a)  Rule 26(a)(1) Disclosures by **February 3, 2009**.

    (b)  Written Discovery (Interrogatories, Requests for Production of Documents, and Requests for Admissions):

    (i)  Served by **February 10, 2010**.

    (ii)  Objections and Responses Served by **February 24, 2010**.

    (iii)  Motions to Compel (if needed) Filed by **March 3, 2010**.

    (c)    Expert witnesses:

        (i)    The party with the burden of proof on an issue in the case shall disclose the expert witness, if any, on that issue and serve any expert witness reports by **March 10, 2010**.

        (ii)    The parties shall disclose any rebuttal expert witnesses and serve any rebuttal reports by **March 19, 2010**.

        (iii)    The parties shall make all identified expert witnesses available for deposition by **March 26, 2010**.

    (d)    The parties agree that, absent consent or leave of court, each side shall be limited to five (5) non-expert depositions and each party shall be limited to seven (7) interrogatories.

    (e)    All discovery shall be completed by **March 31, 2010**.

**2.**    **<u>Hearing on Motion for Preliminary Injunction</u>**

    (a)    Plaintiff's pre-hearing supplemental memoranda, if any, filed by **April 5, 2010.**

    (b)    Defendants' pre-hearing supplemental memoranda, if any, filed by **April 9, 2010.**

    (c)    Matter will be ready for hearing by **April 12, 2010.**

    (d)    Length of hearing: **2 to 3 days**.

Respectfully Submitted,

| | |
|---|---|
| s/ Thomas M. Blumenthal by M.A. Kahn<br>Thomas M Blumenthal (EDMo #2652)<br>Jeffrey L. Michelman (EDMo #3851)<br>PAULE, CAMAZINE & BLUMENTHAL, P.C.<br>165 North Meramec Ave., Suite 110<br>Clayton, MO 63105-3722<br>Telephone:   (314) 244-3635<br>Facsimile:   (314) 727-2101<br>tblumenthal@pcblawfirm.com<br>jmichelman@pcblawfirm.com<br><br>Attorneys for Defendant Williams Pharmacy, Inc. | s/ Michael A. Kahn<br>David A. Roodman (EDMo #5116)<br>Michael A. Kahn (EDMo #3506)<br>BRYAN CAVE LLP<br>One Metropolitan Square<br>211 North Broadway, Suite 3600<br>St. Louis, MO  63102<br>Telephone:   (314) 259-2000<br>Facsimile:   (314) 259-2020<br>daroodman@bryancave.com<br>mike.kahn@bryancave.com<br><br>Attorneys for Plaintiff The North Face Apparel Corp. |

s/ Albert S. Watkins by M.A. Kahn
Albert S. Watkins, LC (EDMo #10651)
Michael D. Schwade (EDMo # 5214077)
KODNER WATKINS MUCHNICK & WEIGLEY, LC
7800 Forsyth Boulevard, Suite 700
Clayton, MO 63105
Telephone:   (314) 727-9111
Facsimile:   (314) 727-9110
albertswatkins@kwmwlaw.com
mschwade@kwmwlaw.com

Attorneys for Defendants James A. Winkelmann, Jr. and The South Butt LLC