UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE NORTH FACE APPAREL CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:09CV2029RWS |
| ) | |
| WILLIAMS PHARMACY, INC., ) | |
| JAMES A. WINKELMAN, JR., and ) | |
| THE SOUTH BUTT LLC, ) | |
| ) | |
| Defendants. ) | |

### ORDER

This morning, a conference was held to schedule a hearing on Plaintiff's motion for a preliminary injunction and the necessary discovery. As discussed at this morning's conference,

**IT IS HEREBY ORDERED** that the following schedule shall apply to Plaintiff's motion for preliminary injunction:

1. The parties shall make all disclosures required by Rule 26(a)(1), Fed.R.Civ.P., no later than **February 3, 2010**. This disclosure deadline shall apply to the entire case and not only Plaintiff's motion for preliminary injunction.

2. The party bearing the burden of proof on an issue shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **March 10, 2010**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **March 26, 2010**.

3. The responding party shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **March 19, 2010**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **March 26, 2010**.

4. Each side is limited to five (5) non-expert depositions. Each party is limited to seven (7) interrogatories.

5. The parties shall designate a mediator by **February 26, 2010** and shall conduct mediation between **March 15, 2010** and **March 31, 2010**.

6. Plaintiff's pre-hearing memorandum is due no later than **April 5, 2010**. Defendants' responses are due **April 9, 2010**.

**IT IS FURTHER ORDERED** that a hearing on Plaintiff's motion for preliminary injunction shall be held on **Monday, April 12, 2010** at **9:00 a.m.** in Courtroom 14-South.

**IT IS FURTHER ORDERED** that Plaintiff's motion to expedite [#19] is **DENIED as moot.**

**IT IS FURTHER ORDERED** that Defendants James Winkelman and The South Butt, LLC's second joint motion to strike [#48] is **DENIED**.

Dated this 27th Day of January, 2010.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE