IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE NORTH FACE APPAREL CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:09-cv-02029-RWS |
| ) | |
| WILLIAMS PHARMACY, INC., et al. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO WITHDRAW DOCUMENTS**

Plaintiff The North Face Apparel Corp. respectfully moves this Court for leave to withdraw Documents 57 and 58 (both dated February 24, 2010) from the docket in this action.

Respectfully submitted,

/s/Michael A. Kahn
David A. Roodman, #5116
Michael A. Kahn, #3506
BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO  63102
Telephone:  (314) 259-2000
Facsimile:  (314) 259-2020
daroodman@bryancave.com
mike.kahn@bryancave.com

G. Roxanne Elings (GE 8321)
Heidi Garfield (HG 4224)
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, NY  10166
Telephone:  (212) 801-9200
Facsimile:  (212) 801-6400

Attorneys for Plaintiff The North Face Apparel Corp.

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon counsel of record on this 2nd day of March, 2010.

                /s/ Michael A. Kahn