**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| THE NORTH FACE APPAREL CORP., a Delaware Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 4:09-cv-02029-RWS |
| WILLIAMS PHARMACY, INC. JAMES A. WINKELMANN, JR., and THE SOUTH BUTT, LLC, | ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANT WILLIAMS PHARMACY'S**
**REQUEST TO PASS THE CASE FOR SETTLEMENT**
**IN LIEU OF COMPLIANCE WITH THE COURT'S SCHEDULING ORDER**

Defendant WILLIAMS PHARMACY, INC., respectfully requests to be relieved of the obligation of filing the documents required by the Court's scheduling order and to pass the case for settlement. Defendant advises the Court that on March 22, 2010, counsel for Plaintiff and Defendant Williams Pharmacy reached an oral agreement to settle the case. Counsel have been endeavoring to document the settlement since that time. Counsel further advises the Court that on information and belief, on April 1, 2010, Plaintiff and the remaining defendants settled the case at the scheduled mediation of this case, so that no part of the litigation will be proceeding.

Respectfully submitted,

PAULE, CAMAZINE & BLUMENTHAL
*A Professional Corporation*

By: */s/ Thomas M. Blumenthal*

Thomas M. Blumenthal, EDMo. 2652

Jeffrey L. Michelman, EDMo 3851
165 N. Meramec Avenue, Ste 110
St. Louis, Missouri 63105
Telephone No. (314) 244-3635
Facsimile No. (314) 727-2101

Attorneys for Defendant Williams Pharmacy, Inc.

CERTIFICATE OF SERVICE

The undersigned hereby states that on this  5th   day of April, 2010, the foregoing was electronically filed with the Clerk of Court via the Court's electronic filing system to be served by operation of the Court's electronic filing system upon the following:

David A. Roodman
Bryan Cave LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO  63102-2750
daroodman@BryanCave.com

Michael A. Kahn
Bryan Cave LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO  63102-2750
Mike.Kahn@BryanCave.com

G. Roxanne Elings
Greenberg Traurig LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, NY  10166
elingsr@gtlaw.com

Heidi Garfield
Greenberg Traurig LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, NY  10166
garfieldh@gtlaw.com

Albert S. Watkins
Kodner and Watkins
7800 Forsyth Boulevard
Clayton, MO 63105
albertswatkins@kwmwlaw.com

Michael Schwade
Kodner and Watkins
7800 Forsyth Boulevard
Clayton, MO 63105
mschwade@kwmwlaw.com

/s/ *Thomas M. Blumenthal*