**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| THE NORTH FACE APPAREL CORP., a Delaware Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:09-cv-02029-RWS |
| WILLIAMS PHARMACY, INC. JAMES A. WINKELMANN, JR., and THE SOUTH BUTT, LLC, | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF REQUEST FOR**
**TERMINATION OF ELECTRONIC NOTICES**

Defendant WILLIAMS PHARMACY, INC., through Paule, Camazine & Blumenthal,

P.C. and Thomas M. Blumenthal, attorneys for Defendant Williams Pharmacy, Inc., respectfully

request that the Clerk of this Court remove their names from the list of persons authorized to

receive electronic notices in this case.  This request is made pursuant to the Consent Injunction

entered by this Court on April 12, 2010 dismissing Defendant Williams Pharmacy, Inc. with

prejudice provided compliance with the Consent Injunction, and because Defendant Williams is

not involved in the present controversy or alleged to have violated the Consent Injunction.

Respectfully submitted,

PAULE, CAMAZINE & BLUMENTHAL
*A Professional Corporation*

By: */s/ Thomas M. Blumenthal*
_____

Thomas M. Blumenthal, MoBar# 25601

165 N. Meramec Avenue, Ste 110
St. Louis, Missouri 63105
Telephone No. (314) 244-3635
Facsimile No. (314) 727-2101

Attorneys for Defendant Williams Pharmacy, Inc.


CERTIFICATE OF SERVICE

The undersigned hereby states that on this  16th  day of August, 2012, the foregoing was electronically filed with the Clerk of Court via the Court's electronic filing system to be served by operation of the Court's electronic filing system upon all counsel of record.


*/s/ Thomas M. Blumenthal*
_____