IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE NORTH FACE APPAREL CORP., ) <br> A Delaware Corporation ) <br> ) <br> v. ) <br> ) <br> WILLIAMS PHARMACY, INC., et al. ) | Case no. 4:09-cv-02029 |

### JOINT MOTION FOR LEAVE OF COURT TO FILE MEMORANDUM IN EXCESS OF PAGE LIMITATIONS

COMES NOW James A. Winkelmann, Jr. ("Jimmy"), James A. Winkelmann, Sr. ("Jim"), and Why Climb Mountains, LLC ("WCM") (collectively, "Defendants"), by and through their undersigned counsel, and for their Joint Motion For Leave of Court to File Memorandum in Excess of Page Limitations, state as follows:

1.  Local Rule 7-4.01(d) of the United States District Court for the Eastern District of Missouri requires leave of Court to file a memorandum in excess of 15 pages.

2.  Plaintiff has filed a twenty (20) page Memorandum in Support of its five (5) page Motion for Expedited Order to Show Cause and for Finding of Contempt, together with a three (3) Declarations.

3.  Defendants' memorandum in opposition thereto consists of 23 pages.

4.  Defendants require in excess of 15 pages to adequately address the legal and factual issues presented in Plaintiff's Motion, Memorandum and Affidavits.

5.  Defendants have attempted to be efficient, yet thorough, in preparing their Response in Opposition.

6.  For the above and foregoing reasons, Defendants respectfully request the Court grant Defendants leave to file their Joint Memorandum in Opposition to Plaintiff's motion to for

1

Contempt not to exceed 23 pages.

WHEREFORE Defendants pray this Honorable Court grant Defendants' motion and permit Defendants to file their Joint Memorandum in Opposition to Plaintiff's Motion for an Order of Civil Contempt in excess of the page limitations contained in the Court's Local Rules.

KODNER WATKINS KLOECKER, LC

By:___/s/ Albert S. Watkins_____
ALBERT S. WATKINS, LC #34553MO
MICHAEL D. SCHWADE, #60862MO
7800 Forsyth Boulevard, Suite 700
Clayton, Missouri 63105
(314) 727-9111
(314) 727-9110 Facsimile
albertswatkins@kwklaw.net
mschwade@kwklaw.net

## CERTIFICATE OF SERVICE

Signature above is also certification that on September 21, 2012 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to all counsel of record.