# EXHIBIT 1



G. Roxanne Elings
Co-Chair Trademarks Brand Management Group
Tel. 212.801.2148
elingsr@gtlaw.com

April 12, 2011

**VIA OVERNIGHT DELIVERY and ELECTRONIC MAIL**
Albert S. Watkins, Esq.
Kodner Watkins Muchnick Weigley L.C.
The Bank of America Building
7800 Forsyth Blvd., Suite 700
St. Louis, MO 63105

Re:   The North Face Apparel Corp. v. Williams Pharmacy, et al., 09-Civ-2029

Dear Al,

As per our discussion this morning, my office has been working closely with your office to effectuate completion of the terms of the Settlement Agreement, including ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

In light of our mutual efforts to finalize the terms of the Settlement Agreement, we were disappointed to learn of your clients' breach of the terms of both the Settlement Agreement and the Consent Injunction. Specifically, we recently learned about a new Facebook page for "The Butt Face," which was apparently started in 2010 but gained a following this past week, beginning on April 1, 2011, within just 24 hours of your clients' apparent termination of their social media presence for The South Butt. Apart from the obvious references on the site to The South Butt, the origin of The Butt Face is made clear by the information for the page as of March 29, 2011, which states: "Jimmy Winkelmann is at it again. Introducing The Butt Face. The Butt Face is a brand parody for people who prefer to wear an alternative to mainstream brands." *See* Exhibit A. This information page has since been changed to delete Mr. Winkelmann's name. *See* Exhibit B. Likewise, an early comment on the page from Claire Winkelmann, James A. Winkelmann Jr.'s sister, states that The Butt Face and The South Butt are "made by the same kid." *See* Exhibit C. We note that this comment has since been deleted from the Facebook page. *See* Exhibit D.

The launch of this social media site, and any related goods or services, is a breach of Section 1.1 of the Agreement, which prohibits use of "THE NORTH FACE Trademarks, or any other designation that is confusingly similar to THE NORTH FACE Trademarks, in any manner as to be likely to cause dilution, confusion, deception or mistake..." This

Albert S. Watkins
April 12, 2011
Page 2

conduct is further in violation of Section 1.2.3 of the Agreement, which prohibits use of phrases by your clients that attempt to use The North Face to market products, specifically including in electronic social media. Your clients' conduct is also in contempt of the Consent Injunction entered by the Court, including, *inter alia*, sections (a), (b), (e), (f) and (g).

In light of this clear, and seemingly intentional, breach and contempt, The North Face is well within its rights to seek recourse with the Court, including in an action for breach of contract or for an order of contempt for violation of the Consent Injunction. Pursuant to Section 2.2 of the Agreement, The North Face is also within its rights to withhold payment of ▓▓▓▓▓ to your clients, which payment is expressly conditioned on your clients *not breaching* the Agreement "in any way" and fully performing under the Agreement.

Despite this breach, The North Face remains interested in truly finalizing this matter and amicably resolving these issues. With that in mind, The North Face will agree to pay the ▓▓▓▓▓ contemplated by the agreement based on your clients' full and satisfactory performance of the following:

(1)  Finalize all terms of the Settlement Agreement, including as set forth in the letters from Heidi Garfield to Michael Schwade dated March 28, 2011 and March 30, 2011;

(2)  Completion of the Affidavit, as drafted by Greenberg Traurig (and subject to your review), including but not limiting to an affirmation by your clients that they ▓▓▓▓▓



If your clients do not further breach the Agreement in any way and otherwise perform the terms above and as set forth in the Settlement Agreement, The North Face will agree to pay James A. Winkelmann Sr. the sum ▓▓▓▓▓ within ▓▓▓▓▓ days of The North Face's receipt of the affidavit. We have increased the time period from ▓▓▓▓▓ days in light of your clients' quick and obvious breach of the Agreement in just 24 hours time. We believe this additional time will serve as a safeguard against further breach and give The North Face adequate time to ensure your clients' full performance and cooperation.

Albert S. Watkins
April 12, 2011
Page 3

---

I appreciate your courtesies and look forward to hearing from you.

Sincerely,

GREENBERG TRAURIG LLP

*[signature]*

G. Roxanne Elings, Esq.

cc: The North Face Apparel Corp.

# Exhibit A

This is Google's cache of http://www.facebook.com/pages/The-Butt-Face/128212270567649?v=info. It is a snapshot of the page as it appeared on Mar 29, 2011 02:38:10 GMT. The current page could have changed in the meantime. Learn more

These search terms are highlighted: the butt face winkelmann

Text-only version

**facebook**

Email | Password | [ ] Keep me logged in | Forgot your password? | Login

[Sign Up]  Facebook helps you connect and share with the people in your life.

**THE BUTT FACE**

NEVER STOP SMILING!

Wall (0)
Info (0)
Photos (0)
Discussions (0)

About
Coming soon...

3
people like this

Create a Page
Report Page
Share

**The Butt Face**  [Like]
Clothing

**Basic Information**

Founded        2010
About          Coming soon...
Description    Jimmy **Winkelmann** is at it again. Introducing The **Butt Face**. The **Butt Face** is a brand parody for people prefer to wear an alternative to mainstream brands.
Products       Tees, Hoodies, Jackets and more

Facebook © 2011 · English (US)    Mobile · Find Friends · Badges · People · Pages · About · Advertising · Developers · Careers · Privacy · Terms · Help

**Exhibit B**



**NEVER STOP SMILING!**

Wall
**Info**
Photos
Discussions

**760**
people like this

**Likes**

 OLOP

Create a Page
Report Page
Share

Search

## The Butt Face [ Like ]
Clothing

**Basic Information**

| | |
|---|---|
| Founded | 2010 |
| Description | Introducing The Butt Face. The Butt Face is a brand parody for people prefer to wear an alternative to mainstream brands. |
| Products | Tees, Hoodies, Jackets and more |

**Likes and Interests**

Likes    OLOP

Facebook © 2011 · English (US)

People Y





Sponsor

Bucket L
groupon.c



Romanci
applewoo



Westche
groupon.c



Calling A
bottlenote



About · Advertising · Dev

Chat (34)

**Exhibit C**

Search



**THE BUTT FACE**

NEVER STOP SMILING!

Wall
Info
Photos
Discussions

**761**
people like this

Likes

 OLOP

Create a Page
Report Page
Share

**The Butt Face** [ Like ]
Clothing

Wall                                              The Butt Face · Most Recent        People Y

 **Chris Ward**
this is a ripoff of the south butt!!!!
16 hours ago

     **Claire Cali Winkelmann** its made by the same kid
    10 hours ago

 **Brian Bailey**
awesome.
Sunday at 6:44pm

Sponsor

Romanci
applewoo

 **Chaz Bamba**
yoo this is dank!
Sunday at 6:42pm

 **Rashad NoClipons Hamilton**
crewneck sweaters?
Saturday at 8:26pm

70% Off
lifebooker

 **Gabrielle Askins**
this is amazing.
Saturday at 5:05pm

TEETH W
marquisd

 **Nick Connochie**
can i have one of your shirts?!?!?!?!!!
Saturday at 11:37am

RECENT ACTIVITY

    The Butt Face edited their About and Description.

Stopping

 **Alan Hernandez**
i love this
Saturday at 11:06am

 **Bruce Journey**
Another Great Idea. Hats off to ya guys
Saturday at 8:57am

Like ·

**Chris Benack**
Where are you selling them........Hopefully at Williams ?
April 1 at 10:36pm

**Bree Annaismylife Schatz**
omg!!! i want a butt face shirt!!!
April 1 at 9:18pm

    2 people like this.

[ Chat (24) ]

# Exhibit D

Search



**The Butt Face**  [Like]

Clothing

Wall

The Butt Face · **Most Recent**

People Y

**NEVER STOP SMILING!**

Wall
Info
Photos
Discussions

**760**
people like this

**Likes**

OLOP

Create a Page
Report Page
Share

 **Brian Bailey**
awesome.
Sunday at 6:44pm

 **Chaz Bamba**
yoo this is dank!
Sunday at 6:42pm

 **Rashad NoClipons Hamilton**
crewneck sweaters?
Saturday at 8:26pm

 **Gabrielle Askins**
this is amazing.
Saturday at 5:05pm

 **Nick Connochie**
can i have one of your shirts?!?!?!?!!!
Saturday at 11:37am

 **Alan Hernandez**
i love this
Saturday at 11:06am

**RECENT ACTIVITY**

The Butt Face edited their About and Description.

 **Bruce Journey**
Another Great Idea. Hats off to ya guys
Saturday at 8:57am

 **Chris Benack**
Where are you selling them........Hopefully at Williams ?
April 1 at 10:36pm

 **Bree Annaismylife Schatz**
omg!!! i want a butt face shirt!!!
April 1 at 9:18pm

2 people like this.

 **Adam Gold** I get the face part, just not the butt of the joke.
April 1 at 10:07pm

 **Bree Annaismylife Schatz** hahahahahahahaha lmao
April 1 at 10:08pm

Sponsor

Romanci
applewoo



Bucket L
groupon.c



Need Mo
belltellofts



Monet's

Like ·

**Christopher Shaw**

Chat (30)