# EXHIBIT 2

**Michael Schwade**

**From:** Michael Schwade
**Sent:** Monday, April 25, 2011 4:30 PM
**To:** 'GarfieldH@gtlaw.com'
**Cc:** Albert Watkins; ELINGSR@gtlaw.com
**Subject:** RE: 11-420 The South Butt - Winding Up

Heidi,

[redacted]

MICHAEL D. SCHWADE
Kodner Watkins & Kloecker L.C.
7800 Forsyth Blvd., Suite 700
Clayton, Missouri 63105
Telephone: (314) 727-9111 Ext. 216
Facsimile: (314) 727-9110
E-Mail: mschwade@kwklaw.net

For access to our firm's Website, please click here: www.kwmwlaw.com

**PRIVACY NOTICE**

This electronic transmission/communiqué/message including its attachments, is from the law firm of Kodner, Watkins & Kloecker, L.C. This electronic communication contains information that is confidential and is protected by the attorney-client or attorney work product privileges. If you receive this transmission and/or its attachments and you are not the intended recipient, promptly delete this message and please notify the sender of the delivery error by return e-mail or please call the sender at 314-727-9111. You are specifically instructed that you may not forward, print, copy or distribute or use the information in this message if you are not the intended designated recipient.

**SECURITY NOTICE**

The Missouri Bar and The Missouri Supreme Court Rules require all Missouri attorneys to notify all E-Mail recipients that (1) E-Mail communication is not a secure method of communication; (2) any E-Mail that is sent to you or by you may be copied and held by any or all computers through which it passes as it is transmitted; and, (3) persons not participating in our communication may intercept our communications by improperly accessing either of our computers or another computer unconnected to either of us through which the E-Mail is passed. I am communicating with you by E-Mail at your request and with your consent. In the event you do not wish this form of communication in the future, upon your notification of same, no further E-Mail communication will be forthcoming.

---

**From:** GarfieldH@gtlaw.com [mailto:GarfieldH@gtlaw.com]
**Sent:** Monday, April 25, 2011 2:16 PM
**To:** Michael Schwade
**Cc:** Albert Watkins; ELINGSR@gtlaw.com
**Subject:** RE: 11-420 The South Butt - Winding Up

Mike,

We are in receipt of the signed TSB Affidavit, dated 4/20/11 and sent to us on 4/24/11. This Affidavit is not in compliance with the Settlement Agreement nor the parties' discussions in email and letters over the past several weeks. As a threshold matter, the signed Affidavit addresses only selected revisions from the 4/15/11 version of the Affidavit I sent to you. Neither your email nor the Affidavit addresses issues raised in Roxanne Elings' 4/12/11 letter to Albert Watkins, to

which we have yet to receive a sub[illegible]antive response, nor my follow up revisions [illegible]nd comments to you by emails dated 4/20/11 and 4/22/11. When we began working on this Affidavit in March, The North Face anticipated that it would be collaborative and your failure to respond to or even acknowledge concerns and issues raised by The North Face in advance of signing the Affidavit makes it difficult for The North Face to consider this signed Affidavit "final." Your email yesterday with the signed Affidavit is the first communication we have received from you since April 13, 2011. Accordingly, the Affidavit-as-signed is incomplete as it fails to address issues raised in The North Face's unanswered correspondence dated 4/12/11, 4/15/11, 4/20/11 and 4/22/11.

I address specific issues below:

First, your 4/24/11 letter states that TSB is entitled to receive the sum [redacted] from The North Face on or before May 24, 2011 per Section 2.2 of the Settlement Agreement. In light of unaddressed breaches by your clients of the Agreement, as set forth in Roxanne's 4/12/11 letter to which TSB never responded (as well as further breach by way of new retailers not disclosed to The North Face pursuant to the Agreement), The North Face has stated that it will pay the [redacted] to TSB within <u>ninety days</u> of receipt of the <u>final</u> Affidavit. This additional time serves as a safeguard against further breach and gives The North Face sufficient time to ensure your clients' full compliance and cooperation.

[redacted]

[redacted]

Fourth, Paragraph 24 of TSB's 4/24/11 version is also missing language from Paragraph 14 of the last draft provided to you by The North Face regarding social media sites unknown to The North Face at the time of the Agreement. We included this provision because the Agreement attempts to identify online sites affiliated with TSB and it is clear, as set forth in Roxanne's 4/12/11 letter, that TSB's social media presence has not been limited only to those sites known or even in existence in April 2010 when the Agreement was signed. For that matter, TSB's signed Affidavit sent to us on 4/24/11 fails to include several sites identified by The North Face in recent correspondence, including:
<u>https://www.facebook.com/pages/The-South-BUTT/188502114522413</u>;
<u>https://www.facebook.com/media/set/fbx/?set=a.254760492977.141379.254755112977#!/pages/The-South-Butt-Sounds-Better-Than-The-North-Face/254755112977</u>;
<u>https://www.facebook.com/pages/The-South-Butt/245123559871?sk=info#!/pages/The-South-Butt/245123559871?sk=wall</u>; and
<u>www.facebook.com/pages/The-Butt-Face/128212270567649</u>. The final site is the page identified in Roxanne's 4/12/11 letter that is clearly affiliated with James Winkelmann Jr. While current versions of the page no longer appear to be available on Facebook, the absence of current links does not alleviate TSB of its responsibility to identify all social media sites in TSB's possession, custody or control "at any time," including as set forth in Paragraph 24 of TSB's 4/24/11 version of the Affidavit. To the extent that none of these sites are or have been affiliated with TSB at any time, we request that the Affidavit include a provision representing the same by TSB.

[redacted]

For your convenience, I have agai. .tached a draft Affidavit with all of the langu..ge proposed and contemplated by The North Face to-date (including most additions and formatting changes included in TSB's 4/24/11 version of the Affidavit). It would be most efficient for us to discuss changes to the Affidavit, whether by email or phone, prior to your clients executing an incomplete Affidavit. I look forward to hearing from you.

Best regards,

Heidi

---

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

---

**From:** Michael Schwade [mailto:mschwade@kwklaw.net]
**Sent:** Sunday, April 24, 2011 11:17 AM
**To:** Garfield, Heidi (Assoc-NY-IP-Tech); Elings, Roxanne (Shld-NY-IP-Tech)
**Cc:** Albert Watkins
**Subject:** 11-420 The South Butt - Winding Up

If you should have any difficulty opening this attachment, please contact me immediately. Thank you.

MICHAEL D. SCHWADE
Kodner Watkins & Kloecker L.C.
7800 Forsyth Blvd., Suite 700
Clayton, Missouri 63105
Telephone: (314) 727-9111 Ext. 216
Facsimile: (314) 727-9110
E-Mail: mschwade@kwklaw.net

For access to our firm's Website, please click here: www.kwmwlaw.com

**PRIVACY NOTICE**

This electronic transmission/communiqué/message including its attachments, is from the law firm of Kodner, Watkins & Kloecker, L.C. This electronic communication contains information that is confidential and is protected by the attorney-client or attorney work product privileges. If you receive this transmission and/or its attachments and you are not the intended recipient, promptly delete this message and please notify the sender of the delivery error by return e-mail or please call the sender at 314-727-9111. You are specifically instructed that you may not forward, print, copy or distribute or use the information in this message if you are not the intended designated recipient.

**SECURITY NOTICE**

The Missouri Bar and The Missouri Supreme Court Rules require all Missouri attorneys to notify all E-Mail recipients that (1) E-Mail communication is not a secure method of communication; (2) any E-Mail that is sent to you or by you may be copied and held by any or all computers through which it passes as it is transmitted; and, (3) persons not participating in our communication may intercept our communications by improperly accessing either of our computers or another computer unconnected to either of us through which the E-Mail is passed. I am communicating with you by E-Mail at your request and with your consent. In the event you do not wish this form of communication in the future, upon your notification of same, no further E-Mail communication will be forthcoming.

---