IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| THE NORTH FACE APPAREL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:09-cv-02029-RWS |
| | ) | |
| WILLIAMS PHARMACY, INC., | ) | |
| JAMES A. WINKELMANN, JR., and | ) | |
| THE SOUTH BUTT LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARNCE

Geoffrey G. Gerber of The BrickHouse Law Group Professional Corporation hereby

enters his appearance as an attorney for Plaintiff The North Face Apparel Corp.


Respectfully submitted,

/s/ *Geoffrey G. Gerber*
Michael A. Kahn, #35411MO
Geoffrey G. Gerber, #47097MO
THE BRICKHOUSE LAW GROUP
PROFESSIONAL CORPORATION
1006 Olive Street, Suite 303
St. Louis, MO  63101-2048
Telephone: (314) 932-1076
Facsimile:  (314) 932-1078
mkahn@brickhouselaw.com

—and—

G. Roxanne Elings (*pro hac vice*)
Charles A. LeGrand
DAVIS WRIGHT TREMAINE LLP
1633 Broadway, 27th Floor
New York, NY  10019-6708
Telephone: (212) 603-6416
Facsimile: (212) 379-5226

Attorneys for Plaintiff The North Face
Apparel Corp.

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 2nd day of October, 2012, a true copy of the foregoing was caused to be served via the Court's electronic filing system on all counsel of record.

*/s/ Geoffrey G. Gerber*