IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| THE NORTH FACE APPAREL CORP., | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. 4:09-cv-02029-RWS |
| WILLIAMS PHARMACY, INC., JAMES A. WINKELMANN, JR., and THE SOUTH BUTT LLC, | ) |
| Defendants. | ) |

**PLAINTIFF'S EXHIBIT LIST**

Plaintiff The North Face Apparel Corp., by its attorneys, submits the below list of exhibits in accordance with the Court's Scheduling Order of August 14, 2012 (Doc. 85).

| EXHIBIT NO. | DESCRIPTION | ADMISSIBILITY |
|---|---|---|
| 1 | Consent Injunction, dated April 12, 2010 | Agreed |
| 2 | TM Registrations for THE NORTH FACE | |
| 3 | TM Registrations for NEVER STOP EXPLORING | |
| 4 | Why Climb Mountains LLC's TM Application Serial No. 85/390,367, dated August 5, 2011 for [THE BUTT FACE NEVER STOP SMILING! logo] | Agreed |
| 5 | Notice of Publication for Application Serial No. 85390367, dated December 14, 2011 | |
| 6 | TAC's Requests for Extension of Time in which to Oppose Application Serial No. 85390367, dated February 2, 2012 and April 30, 2012. | |
| 7 | TAC's Notice of Opposition against TM Application | Agreed |

1

|    |                                                                                                                                                                                                                                           |           |
|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|    | Serial No. 85/390,367, dated July 2, 2012                                                                                                                                                                                                 |           |
| 8  | Printout from the Missouri Secretary of State reflecting creation of Why Climb Mountains, LLC on April 14, 2010 and organization by "James A Winkelmann" of 21 N. Meramec, 2nd Floor, Clayton MO 63105.                                   | Agreed    |
| 9  | Printout from GoDaddy.com's WhoIs database reflecting the following registration and creation information for the www.thebuttface.com domain.                                                                                             | Agreed    |
| 10 | Printout from the United States Patent and Trademark Office Trademark Electronic Search System (TESS) database concerning application Serial No. 85/390,367, dated August 5, 2011, for the mark: THE BUTT FACE NEVER STOP SMILING!        | Agreed    |
| 11 | Printouts from the website www.thebuttface.com.                                                                                                                                                                                           | Agreed    |
| 12 | Printout of Twitter posting on behalf of OLOP_SHOP.                                                                                                                                                                                       | Agreed    |
| 13 | Printout of "The Butt Face" Facebook page.                                                                                                                                                                                                | Agreed    |
| 14 | Videos and/or printouts reflecting videos from www.youtube.com entitled "OLOP AND BUTTFACE sponsor Facebook Comes Alive Trivia" and "OLOP BUTT FACE PRESS."                                                                                | Contested |
| 15 | Printouts from Reddit.com, concerning the posting submitted on March 28, 2012 and including all comments available as of May 21, 2012.                                                                                                    | Agreed    |
| 16 | A cached screen shot of THE BUTT FACE Info page from March 29, 2011, from "The Butt Face" Facebook page                                                                                                                                   | Agreed    |
| 17 | Printouts of "The Butt Face" Facebook page as it appeared on April 5, 2011.                                                                                                                                                               | Agreed    |
| 18 | Printout of a webpage located at the url www.wil92.com/?nid=103&sid=15746732 and found on the website located at www.wil92.com.                                                                                                           | Contested |
| 19 | Printout of a screen shot of the home page for the website located at www.thebuttface.com, as it appeared                                                                                                                                 | Agreed    |

| | | |
|---|---|---|
| | on August 1, 2012. | |
| 20 | Printout of a screen shot of the home page for the website located at www.thebuttface.com, as it appeared on August 22, 2012. | Agreed |
| 21 | Printout of a screen shot of newsletter page for the website located at www.thebuttface.com, as it appeared on August 17, 2012 | Agreed |
| 22 | September 7, 20012 letter from Albert S. Watkins, Esq. to G. Roxanne Elings, Esq. re offer of settlement | Contested |
| 23 | Deposition Transcript of James A. Winkelmann, Sr., dated March 25, 2010 | Agreed |
| 24 | Deposition Transcript of James A. Winkelmann, Jr., dated March 13, 2010 | Agreed |
| 25 | Depictions of THE NORTH FACE trademark, including as it appears on articles of clothing | Agreed |
| 26 | Depictions of the NEVER STOP EXPLORING trademark | |
| 27 | Depictions of THE BUTT FACE trademark, including on articles of clothing | Agreed |
| 28 | Depictions of THE SOUTH BUTT trademark, including as it appears on articles of clothing | Agreed |
| 29 | April 12, 2011 letter from G. Roxanne Elings, Esq. to Albert S. Watkins, Esq. re notice of infringement (redacted) | Agreed |
| 30 | Printouts from the website www.thenorthface.com | |
| 31 | Declaration of Dr. Gerald L. Ford, including exhibits | Agreed |
| 32 | April 25, 2011 email thread from Michael Schwade to Heidi Garfield, Albert Watkins and Roxanne Elings with subject line RE: 11-420 The South Butt – Winding Up (redacted) | Agreed |
| 33 | Confidential Settlement Agreement, dated April 1, 2010 | Agreed |

| | | |
|---|---|---|
| 34 | Mockup of a DENALI style jacket bearing the BUTT FACE and Design trademark | |

*The parties have reserved the right to object on the grounds of relevance to all exhibits.

**The North Face reserves the right to use demonstratives that summarize testimony elicited at trial and that may incorporate other exhibits or portions of exhibits otherwise admitted at trial or identified on this list.

Respectfully submitted,

/s/ Michael A. Kahn
Michael A. Kahn, #35411MO
Geoffrey G. Gerber, #47097MO
THE BRICKHOUSE LAW GROUP
    PROFESSIONAL CORPORATION
1006 Olive Street, Suite 303
St. Louis, MO  63101-2048
Telephone: (314) 932-1070
mkahn@brickhouselaw.com

G. Roxanne Elings (*pro hac vice*)
Charles A. LeGrand
DAVIS WRIGHT TREMAINE LLP
1633 Broadway, 27th Floor
New York, NY  10019-6708
Telephone: (212) 603-6416
roxanneelings@dwt.com
*Attorneys for Plaintiff The North Face Apparel Corp.*

## CERTIFICATE OF SERVICE

    The undersigned certifies that on this 9th day of October, 2012, the foregoing and its attachment was served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Michael A. Kahn*