IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE NORTH FACE APPAREL CORP., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:09-cv-02029-RWS ) |
| WILLIAMS PHARMACY, INC., JAMES A. WINKELMANN, JR., and THE SOUTH BUTT LLC, | ) ) ) ) |
| Defendants. | ) ) |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**
**PROPOSED BY THE NORTH FACE APPAREL CORP.**

Plaintiff The North Face Apparel Corp., by its attorneys, submits the attached "Memorandum and Order" as its proposed findings of fact and conclusions of law in accordance with the Court's Scheduling Order of August 14, 2012 (Doc. 85).

Respectfully submitted,

/s/ Michael A. Kahn
Michael A. Kahn, #35411MO
Geoffrey G. Gerber, #47097MO
THE BRICKHOUSE LAW GROUP
    PROFESSIONAL CORPORATION
1006 Olive Street, Suite 303
St. Louis, MO  63101-2048
Telephone: (314) 932-1070
mkahn@brickhouselaw.com

G. Roxanne Elings (*pro hac vice*)
Charles A. LeGrand
DAVIS WRIGHT TREMAINE LLP
1633 Broadway, 27th Floor
New York, NY  10019-6708
Telephone: (212) 603-6416
roxanneelings@dwt.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on this 9th day of October, 2012, the foregoing and its attachment were served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Michael A. Kahn*