UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____EASTERN_____ DIVISION

THE NORTH FACE APPAREL CORP. )
)
Plaintiff, )
)
v. )
) Case No. 4:09-CV-02029-RWS
)
WILLIAMS PHARMACY, INC., JAMES A )
WINKELMANN, JR. and THE SOUTH BUTT LLC )
Defendant. )

RECEIVED
OCT 11 2012
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, ____Charles A. LeGrand____, move to be admitted pro hac vice to the bar of this court for the purpose of representing ____Plaintiff____ in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a)   Full name of the movant-attorney;
      Charles A. LeGrand
(b)   Address, telephone number and fax number of the movant-attorney;
      1633 Broadway, 27th Floor t(212)603-6429 f(212)379-5229
(c)   Name of the firm or letterhead under which the movant practices;
      Davis Wright Tremaine LLP
(d)   Name of the law school(s) movant attended and the date(s) of graduation therefrom;
      Seton Hall University School of Law (May 1997)
(e)   Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;
      NY (#3036969)(02/28/00); see addendum for additional
(f)   The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g)   Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

_____
Signature of Movant

#31362

# Addendum

## State Bars
New Jersey Bar (# 049121997) - 12/19/97

## Federal Courts
US Supreme Court - 08/10/01

Second Circuit Court of Appeals 06/10/11

S.D.N.Y - 04/11/00
E.D.N.Y - 04/11/00
N.D.N.Y. - 04/26/02
D. N.J. - 02/02/98

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## CHARLES ALBERT LEGRAND

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **February 28, 2000**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**August 16, 2012**

*Clerk of the Court*

5134