UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
JUDGE RODNEY W. SIPPEL
COURTROOM PROCEEDING 16 SOUTH
COURTROOM MINUTE SHEET CIVIL


CASE NO.   4:09CV2029  RWS

STYLE:  North Face Apparel Corp., Inc. v. Williams Pharmacy, Inc.

DATE:   10/15/2012

**Court Reporter:** Sue Moran

**Deputy Clerk:**  Andrea Luisetti

**Attorneys for Plaintiffs:**    Michael Kahn, Geoffrey Gerber, G. Roxanne Elings

**Attorneys for Defendants:**    Albert Watkins, Michael Schwade


**(X)  Parties present for hearing on:**

Motion for Contempt.  Agreement reached.  Case passed for settlement.  Settlement papers due in 14 days.


Proceeding Commenced:   **3:00 p.m**
Proceeding Concluded:      **3:20 p.m.**